United States District Court

Eastern District of California

Desmon Loeb,

        Plaintiff,                  No. Civ. S-04-0730 LKK PAN P

    vs.                            Order

T. Felker, et al.,

        Defendants.

-oOo-

    Plaintiff is a prisoner proceeding in forma pauperis and without counsel in a civil rights action.

    The United States Marshal has returned process directed to defendant J. Cartier unserved because he could not be found. Plaintiff must provide new information about where this defendant may be served with process.  Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code § 6250, et seq., or any other means available but

1   must proceed with haste because Fed. R. Civ. P. 4(m) requires an

2   action be dismissed as to a defendant not served within 120 days

3   after filing the complaint unless the time is enlarged based upon

4   a demonstration of good cause.  If plaintiff's access to the

5   required information is denied or unreasonably delayed, plaintiff

6   may seek judicial intervention.

7        Accordingly:

8        1.  The clerk of the court shall mail plaintiff one form

9   USM-285 and a copy of the pleading filed April 12, 2004.

10       2.  Within 90 days from the date this order is signed,

11   plaintiff may submit the attached Notice of Submission of

12   Documents with a completed form USM-285 providing instructions

13   for service of process upon defendant J. Cartier and two copies

14   of the pleading provided to plaintiff.

15       3.   If plaintiff does not provide new instructions for

16   service of process upon defendant J. Cartier within the time

17   allowed or show good cause for such failure I will recommend this

18   action be dismissed as to that defendant.

19       So ordered.

20       Dated:  May 26, 2005.

21                        /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
22                        Magistrate Judge

23

24

25

26

1

2

3

4

5

6

7

8                       United States District Court

9                     Eastern District of California

10

11

12   Desmon Loeb,

13            Plaintiff,            No. Civ. S-04-0730 LKK PAN P

14       vs.                        Notice of Submission of Documents

15   T. Felker, et al.,

16            Defendants.

17                               -oOo-

18       Plaintiff hereby submits the following documents in

19   compliance with the court's order filed _____:

20          ___1___      completed summons form

21          ___1___      completed form USM-285

22          ___2___      copies of the ___April 12, 2004___
                                              Complaint
23

24   Dated: _____

25                           _____
                             Plaintiff
26