United States District Court

Eastern District of California

Desmon Loeb,

    Plaintiff,                             No. Civ. S 04-0730 LKK PAN P

  vs.                                      Order

T. Felker, et al.,

    Defendants.

-oOo-

July 15, 2005, defendants requested an extension of time to respond to plaintiff's discovery requests. Good cause appearing, defendant's request is granted and defendant's time to respond to plaintiff's discovery requests is extended until 30 days from the date this order is signed.

So ordered.

Dated: August 2, 2005.

                                        /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge