United States District Court

Eastern District of California

Desmon Loeb,

    Plaintiff,                        No. Civ. S 04-0730 LKK PAN P

  vs.                              Order

T. Felker, et al.,

    Defendants.

-oOo-

    Plaintiff is a prisoner prosecuting this civil rights action without counsel.  Plaintiff asserts defendants A. Martin and T. Felker have failed to plead in response to the complaint and seeks an order holding defendants A. Martin and T. Felker in contempt pursuant to Rule 70 of the Federal Rules of Civil Procedure in lieu of default pursuant to Rule 55.

    Rule 70 authorizes a court to enforce a judgment for specific performance.  Entry of default is the remedy for defendants failure to plead or otherwise defend pursuant to the

1 Federal Rules of Civil Procedure.
2     Accordingly, plaintiff's September 28, 2005, motion is
3 denied without prejudice to seeking entry of default.
4     So ordered.
5     Dated:  November 29, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge