IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

    Plaintiff,                    No. CIV S-04-0730 LKK PAN P

    vs.

T. FELKER, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Defendants have requested an extension of time to file a motion for summary judgment pursuant to the court's order of September 28, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' request for an extension of time is granted; and

        2. Defendants are granted 30 days from the date of this order to file and serve a motion for summary judgment. Plaintiff will have 30 days thereafter to file and serve an opposition or a statement of non-opposition.

DATED: April 7, 2006.

                          UNITED STATES MAGISTRATE JUDGE

\004
\loeb0730.36