IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

        Plaintiff,                    No. CIV S-04-0730 LKK PAN P

   vs.

T. FELKER, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a state prisoner seeking relief pursuant to 42 U.S.C. § 1983.  On November 2, 2005, plaintiff filed a motion to compel defendants to respond to interrogatories and requests for production of documents pursuant to Fed. R. Civ. P. 37(a)(2)(B) and for a determination of the sufficiency to answers and objections to requests for admissions pursuant to Fed. R. Civ. P. 36(a).  Defendants have not filed an opposition or a statement of non-opposition.

        Plaintiff asserts that on May 21, 2005, he served discovery requests on defendants. He submits "Exhibit B" to demonstrate that defendants have not served responses but the discovery requests in this exhibit relate to Loeb v. A. Colon, Civ. S 04-0547 EJG GGH P.

        The court finds that plaintiff has not shown defendants have failed to respond to discovery requests related to this action.

/////

Accordingly, IT IS HEREBY ORDERED that plaintiff's November 2, 2005, motion to compel discovery is denied.

DATED: May 4, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\loeb0730.dny mtc disc (jfm)