IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESMON LOEB,** | NO. 2:04-cv-0730 LKK PAN P |
| Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | |
| **T. FELKER, et al.,** | |
| Defendants. | |

On May 10, 2006, defendants requested an extension of time of ten days to file and serve a motion for summary judgment.

Good cause appearing, defendants request is granted. Within ten days of the date of this order, defendants shall file and serve a motion for summary judgment.

Dated: May 16, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
loeb0730.36(a)