1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DESMON LOEB,

11              Plaintiff,                  No. CIV S-04-0730 LKK PAN P

12        vs.

13   T. FELKER, et al.,

14              Defendants.                 ORDER

15   _____/

16              Plaintiff has requested an extension of time to file and serve an opposition to

17   defendants' June 6, 2006 motion for summary judgment.  Good cause appearing, plaintiff's

18   request will be granted.  Due to the pendency of defendants' motion for summary judgment, and

19   good cause appearing, the parties will be relieved of the obligation to file pretrial statements until

20   further order of court, and the dates set for pretrial conference and for jury trial will be vacated.

21   Said dates will be reset, as appropriate, following resolution of defendants' motion for summary

22   judgment.

23              In accordance with the above, IT IS HEREBY ORDERED that:

24              1.  Plaintiff's June 21, 2006 request for an extension of time is granted.

25              2.  Plaintiff's July 13, 2006 opposition to defendants' motion for summary

26   judgment and cross-motion for summary judgment is deemed timely filed.

3.  The parties are relieved of the obligation to file pretrial statements until further order of court.

4.  The pretrial conference on the papers set for July 7, 2006 is vacated.

5.  The jury trial set for September 26, 2006 before the Honorable Lawrence K. Karlton is vacated.

DATED: July 18, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp
loeb0730.36(2)