IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

    Plaintiff,                    No. CIV S-04-0730 LKK PAN P

    vs.

T. FELKER, et al.,

    Defendants.           <u>ORDER</u>

_____/

        On May 22, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 4, 2006, denying plaintiff's November 2, 2005 motion for discovery. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 4, 2006, is affirmed.

DATED: July 25, 2006.

                                                  UNITED STATES DISTRICT JUDGE

/loeb0730.850