IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

      Plaintiff,                      No. CIV S-04-0730 LKK EFB P

      vs.

T. FELKER, et al.,

      Defendants.            <u>ORDER</u>

                             /

      Plaintiff is a prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. On July 19, 2006, the court granted plaintiff's request for an extension of time and accepted as timely plaintiff's opposition to defendants' motion for summary judgment and cross-motion. Defendants have not filed an opposition or a statement of no opposition to plaintiff's cross-motion for summary judgment.

      Accordingly, it is ORDERED that, within 30 days of the date of this order, defendants shall file and serve an opposition or a statement of no opposition to plaintiff's cross-motion for summary judgment.

DATED: September 29, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE