IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

      Plaintiff,                       No. CIV S-04-0730 LKK EFB P

      vs.

T. FELKER, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Defendants request a seven-day extension of time to file and serve a cross-motion to plaintiff's motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

      Defendants' October 31, 2006, request is granted and defendants have seven days from the date this order is served to file and serve a cross-motion for summary judgment.

      So ordered.

Dated: November 8, 2006.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE