IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

      Plaintiff,                            No. CIV S-04-0730 LKK EFB P

    vs.

T. FELKER, et al.,

      Defendants.                ORDER

_____/

       Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. He claimed that defendants violated his Eighth Amendment rights while he was on "management cell status," a form of administrative segregation reserved for the most disruptive and dangerous prisoners. On March 1, 2007, the court granted defendant's motion for summary judgment and dismissed this action. On April 13, 2007, plaintiff filed a motion to alter or amend the judgment. *See* Fed. R. Civ. P. 59(e). A district court may alter or amend the judgment if it "(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No 11, Multnomah County v. AcandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Plaintiff asserts that he is entitled to relief because he was not afforded adequate process before being placed on management status, the deprivations he endured while on management status

1 violated his Eighth Amendment rights and he has made the showing necessary to go to trial.
2 Plaintiff has not made the showing required to grant his motion.
3   Accordingly, it is ORDERED that plaintiff's April 13, 2007, motion to alter or amend the
4 judgment is denied.
5 Dated: May 11, 2007.

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```