UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| DESMON LOEB,<br><br>    Plaintiff - Appellant,<br><br>V.<br><br>T. FELKER; et al.,<br><br>    Defendants - Appellees. | No. 07-15885<br>D.C. No. CV-04-00730-LKK<br><br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [✓]

Explanation: For Reasons set forth in F+Rs of 3/1/07

_____

_____
Judge
United States District Court

Date: 7/23/07