IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

        Plaintiff,                No. CIV S-04-0730 LKK EFB P

    vs.

T. FELKER, et al.,

        Defendants.        ORDER

        Plaintiff, a state prisoner proceeding without counsel and *in forma pauperis*, sought relief and was denied relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On March 28, 2007, the Clerk of the Court entered judgment. On April 20, 2007, plaintiff filed a notice of appeal. On June 14, 2007, plaintiff filed a request for leave to proceed *in forma pauperis* on appeal. On July 23, 2007, this court found that plaintiff's appeal was not taken in good faith.

        The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a). This court has determined that plaintiff's appeal is not taken in good faith.

1

////

Accordingly, it hereby is ORDERED that plaintiff's June 14, 2007, motion to proceed *in forma pauperis* on appeal is denied as unnecessary.  *See* Fed. R. App. P. 24(a).

DATED:  August 10, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT